# Robinson+Cole

J. GREGORY LAHR

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
glahr@rc.com
Direct (212) 451-2933

Also admitted in Maryland

September 12, 2018

**VIA ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Bow & Drape, Inc. v. Truly Commerce Inc. et al.*
     Civil Action No. 18-cv-05066-NG-SJB
     Our File No.:    37656.0001

Dear Judge Garaufis:

We represent Plaintiff Bow & Drape, Inc. and are writing respectfully on behalf of both parties to advise that Plaintiff is filing a motion to remand, and the parties propose the following briefing schedule:

|  |  |
|---|---|
| Plaintiff's Motion: | September 14 |
| Defendants' Opposition: | September 28 |
| Plaintiff's Reply: | October 5 |

Thank you for your Honor's consideration.

Respectfully,

J. Gregory Lahr

cc:   All Counsel (via ECF)