# Exhibit A

## CONSENT TO REMOVAL

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

**To the Court and To Whom It May Concern:**

1. My name is Yechezkel Aronstein and I am a manager of Truly Commerce, Inc., a California corporation.

2. I understand that Truly Commerce, Inc., was named as a Defendant in a lawsuit filed in New York State styled "Bow & Drape, Inc. v. Truly Commerce, Inc. et al. (New York Supreme Court, New York County Index #510762/2018)".

3. It is my understanding that Truly Commerce, Inc.'s was never served with process and has never appeared in this case.

4. Without admitting to personal jurisdiction and without making any appearance in either the State or Federal case, **PLEASE TAKE NOTICE THAT TRULY COMMERCE, INC. CONSENTS TO THE REMOVAL OF THIS LAWSUIT** to Federal court.

DATED: September 26, 2018

TRULY COMMERCE, INC.

By: _____
Yechezkel Aronstein