# Robinson+Cole

J. GREGORY LAHR

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
glahr@rc.com
Direct (212) 451-2933

Also admitted in Maryland

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2018 ★

BROOKLYN OFFICE

November 8, 2018

**VIA ECF**

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Bow & Drape, Inc. v. Truly Commerce Inc. et al.*
      Civil Action No. 18-cv-05066-NG-SJB
      Our File No.:   37656.0001

Dear Judge Gershon:

We represent Plaintiff Bow & Drape, Inc. ("Bow & Drape"), and are writing on behalf of all parties to advise the Court of the briefing schedule as discussed during the pre-motion conference on October 24, 2018.

The parties have agreed to the following:

- Plaintiff withdraws its proposed motion for remand and Defendants waive any defense under FRCP 12(b)(5) relating to service of process.

- Defendants shall file their motion to transfer by November 30, 2018. Plaintiff shall file its opposition to the motion by December 14, 2018. There shall not be any reply briefs.

Thank you for your Honor's consideration.

Respectfully,

J. Gregory Lahr

cc:   All Counsel (via ECF)

So Ordered,

/s/ *Nina Gershon*
USDJ
Nov. 9, 2018