**Robinson+Cole**

J. GREGORY LAHR

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
glahr@rc.com
Direct (212) 451-2933

Also admitted in Maryland

April 3, 2019

**VIA ECF**

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Bow & Drape, Inc. v. Truly Commerce Inc. et al.*
     Civil Action No. 18-cv-05066-NG-SJB
     Our File No.:    37656.0001

Dear Judge Gershon:

We represent Plaintiff Bow & Drape, Inc. ("Bow & Drape"), and are writing respectfully on behalf of all parties to provide the Court with our Discovery Plan Worksheet. We look forward to the initial conference on April 5, 2019.

Respectfully,

J. Gregory Lahr

cc:    All Counsel (via ECF)