

**Baruch S. Gottesman**
Attorney and Counselor at Law

April 5, 2019

**Via ECF**
The Honorable Sankel J. Bulsara, Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 324N
Brooklyn, NY 11201

Re: Bow & Drape, Inc. v. Truly Commerce Inc, et al.
E.D.N.Y. Index No. 18-cv-05066 (NJ)(SJB)
Response to Order to Show Cause (Minute Entry 04/05/2019)

Your Honor:

I apologize unreservedly to the court for not appearing personally this morning at the scheduled case management conference.

Throughout this litigation I have endeavored to strictly comply with Judge Gershon's and your own practice rules and have appeared personally at all hearings. This afternoon I again reviewed your practice rules and commit to full compliance going forward, including personal appearances as required pursuant to Rule II.C.2. of your practice rules.

By way of explanation – not of excuse – the reason for my non-appearance was that I had an out-of-town arbitration that unexpectedly prevented my appearance earlier today. Earlier this week counsel for all parties agreed to a scheduling order and to refer the case to mediation. When it became clear yesterday that I could not be present, I notified counsel for the Plaintiff and as a solo practitioner I retained coverage by an attorney who is not of my firm.

I recognize that pursuant to your rules I should have instead notified the court of my potential unavailability and either have obtained counsel with express authorization from the client or rescheduled. I will do so in the future.

RESPECTFULLY SUBMITTED,

Baruch S. Gottesman, Esq.

Served on all parties via ECF

New York Office • 185-12 Union Turnpike, Fresh Meadows, NY 11366
New Jersey Office • 9 Maplewood Terrace, Lakewood, NJ 08701
Phone: 718.454.4422 • eFax: 212.859.7307 • www.gottesmanlegal.com