# PILLINGER MILLER TARALLO, LLP
## ATTORNEYS AT LAW

Reply To:
- ☒ 555 Taxter Road, 5th Floor, Elmsford, NY 10523 Tel: (914) 703-6300 Fax: (914) 703-6688
- ☐ 17 State Street, 7th Floor, New York, NY 10004 Tel: (212) 461-6115 Fax: (212) 461-6116
- ☐ 126 N. Salina Street, Suite 215, Syracuse, NY 13202 Tel: (315) 471-6166 Fax: (315) 295-2575
- ☐ 75 Livingston Avenue, Roseland, NJ 07068 Tel: (908) 941-1771 Fax: (908) 941-1785
- ☐ 1880 JFK Blvd., Suite 1803, Philadelphia, PA 19103 Tel: (215) 789-6235 Fax: (215) 789-6236
- ☐ 30 Oakwood Avenue, Norwalk, CT 06850 Tel: (203) 836-2307 Fax: (203) 836-2308
- ☐ 1140 Franklin Avenue, Suite 214, Garden City, NY 11530-1675 Tel: (516) 408-5388 Fax: (516) 408-5389
- ☐ 1600 S. Main Plaza, Suite 325, Walnut Creek, CA 94596 Tel: (925) 934-6102 Fax: (925) 934-6060

*Website: www.pmtlawfirm.com*

November 13, 2019

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

|        |   |                                                                              |
|--------|---|------------------------------------------------------------------------------|
| **Re** | : | **Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc.**     |
| Index No. | : | 1:18-cv-05066-NG-SJB                                                       |
| PMT File No. | : | XL-00821/JLB                                                            |

Honorable Sir:

Please be advised that we represent Defendant Truly Commerce, Inc. in the above-referenced matter. This office is not General or Corporate Counsel for Truly Commerce, Inc. We write in response to Plaintiff's November 12, 2019 letter and Defendant Day to Day's November 13, 2019 letter regarding the upcoming court conference to address the failure of the Parties to file a Stipulation of Dismissal.

Bow & Drape and Truly Commerce reached a settlement agreement during mediation on August 26, 2019. Discovery demands were not served prior to the settlement agreement. Bow & Drape and Truly Commerce signed a settlement agreement at the mediation, which was subject to a further agreement. The initial agreement did not contain any language requiring Truly Commerce to respond to future discovery demands or subpoenas or to accept a subpoena, post settlement on behalf of Truly Commerce. Part of Truly Commerce's consideration for settling the matter on said date was to avoid participating in discovery. (**Exhibit A**)

Post mediation Bow & Drape executed a settlement agreement that did not include any language requiring Truly Commerce to respond to future discovery demands or subpoenas or for Counsel to accept a subpoena to Truly Commerce's behalf. (**Exhibit B**). In addition, the releases required Bow & Drape to sign a stipulation of dismissal prior to the settlement check.

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
P a g e | 2
November 13, 2019

>CATLIN SPECIALITY INSURANCE COMPANY shall pay the settlement sum as follows: XXXXXXX, ("Settlement Sum")payable to BOW & DRAPE, INC. and Robinson + Cole as attorneys, and sent to the following address: 666 Third Avenue, 20th Floor, New York, NY 10017 within 30 days of receipt of the fully executed Settlement Agreement and Release and *fully executed Stipulation of Dismissal*.

In addition, the release states the following:

Stipulation of Dismissal

>BOW & DRAPE, by and though its counsel will deliver the executed Stipulation of Dismissal (attached hereto as Exhibit "B") together with the executed Settlement Agreement and Release to counsel for TRULY COMMERCE who will hold it in escrow until the check for the Settlement Amount has cleared. Counsel for BOW & DRAPE will send an email to Counsel for TRULY COMMERCE once the Settlement Amount has cleared. Then, TRULY COMMERCE, by and through its counsel, will file the Stipulation of Dismissal with the United States District Court for the Eastern District of New York (7) days after clearance of the Settlement Amount.

Plaintiff's counsel returned the fully executed release on October 10, 2019.  He agreed that our office could sign the Stipulation of Dismissal on his behalf.  (**See Email Exhibit C**).  On October 14, 2019 Plaintiff's counsel requested that the stipulation of dismissal be revised to include a statement that the claims against Day to Day were not dismissed.  Our office agreed and then contacted counsel for Day to Day to determine Day to Day would consent to dismiss all cross claims against Truly Commerce.  On October 30, 2019 counsel for Day to Day agreed that he would sign a stipulation of dismissal dismissing all cross-claims against Truly Commerce.  Our office sent a revised Stipulation of Dismissal including Plaintiff's requested changes and language dismissing all cross-claims on November 7, 2019.  (**Exhibit D**).

## Truly Commerce's Position Regarding Discovery Demands and Subpoena Service:

1. The discovery demand was served on this office 3 days after a settlement agreement was signed.  There is no Court order requiring Truly Commerce to respond to these demands.



Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
P a g e | 3
November 13, 2019

There is no requirement that Truly Commerce respond to these demands in either settlement agreement.  Thus, Truly Commerce is not obligated to respond to said demands.

2. This office has not been retained as corporate counsel for Truly Commerce to represent them as a non-party to this action and does not have the authority or consent to accept a subpoena on their behalf.  Plaintiff's suggestion that serving a subpoena on Pillinger Miller Tarallo, LLP is proper service pursuant to FRCP 45 without Truly Commerce's consent is misplaced.  We have no such authority and cannot accept a non-party subpoena on their behalf.

**Truly Commerce's Position Regarding Day to Day's Appearance at the November 15, 2019 Compliance Conference**:

1. As there is at least one shared principal between Day to Day and Truly Commerce, we respectfully request Day to Day's presence at the conference. Given the religious observance requirements, we request that the November 15, 2019 conference be consolidated with the settlement conference on November 14, 2019 so all parties can be present when these issues are addressed by the parties and the Court.   In the alternative, we request a short adjournment.

Truly Commerce would like to proceed with settlement as previously agreed.  Plaintiff's counsel is free to serve a subpoena on Truly Commerce via other means.

Very truly yours,

PILLINGER MILLER TARALLO, LLP

By: _____

JENNIFER L BUDNER

JLB/

cc:  J. Gregory Lahr, Esq.
     Robinson + Cole
     Attorney for Plaintiff
     Bow & Drape, Inc.
     Chrysler East Building
     666 Third Avenue
     20th Floor
     New York, NY 10017



Westchester • New York City • Syracuse • New Jersey • Philadelphia • Connecticut • Nassau • California

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
P a g e | 4
November 13, 2019

Baruch S. Gottesman, Esq.
Baruch Simcha Gottesman
Attorney for Defendant
Day Imports Inc.

185-12 Union Turnpike
Fresh Meadows, NY 11366

PMT PILLINGER MILLER TARALLO

Westchester • New York City • Syracuse • New Jersey • Philadelphia • Connecticut • Nassau • California
XL-00821/1520523/Correspondence/JLB

# EXHIBIT A

BOW & DRAPE v. TRULY COMMERCE INC ET AL

EDNY CIVIL ACTION No. 18-CV-05066

Following a court-ordered mediation before Alida Camp Esq, the following settlement terms are agreed between Bow & Drape and Truly Commerce only, subject to a further settlement agreement:

1. Payment by Truly Commerce (or on its behalf) in the amount of $150,000.00 to Bow & Drape within 30 days after full execution of the settlement agreement, receipt of

2. Bow & Drape releases Truly Commerce and Catlin Specialty Insurance Co. (Policy No. 0400306199)(Policy Period 9/9/17-9/9/18)

3. Settlement subject to confidentiality.

4. This agreement excludes all claims against Day to Day Imports Inc, which remains a defendant in the Action.

J. Gregory Lahr
Bow & Drape
8/26/2019

Truly Commerce
8/26/2019

YL-821

# EXHIBIT B

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

KNOW ALL PEOPLE BY THESE PRESENTS:

BOW & DRAPE, INC. ("BOW & DRAPE"); and

TRULY COMMERCE INC. ("TRULY COMMERCE");

(Hereinafter, BOW & DRAPE and TRULY COMMERCE shall be, collectively, the "Parties").

WHEREAS, BOW & DRAPE brought an action against TRULY COMMERCE in the Supreme Court, State of New York, County of Kings, Index No. 510762/2018, wherein the case was removed to to the United States District Court for the Eastern District of New York, Index No. 1:18 cv 05066 NG SJB (hereinafter the "Action"), alleging, among other things, that BOW & DRAPE sustained monetary damages for TRULY COMMERCE'S alleged breach of contract, negligence and unjust enrichment stemming from their alleged mishandling of BOW & DRAPE'S goods while in TRULY COMMERCE'S warehouse in Los Angeles, California.

WHEREAS, the Parties to this Settlement Agreement and General Release ("Agreement") desire to resolve the claims and causes of action in the above referenced Action;

WHEREAS, this Settlement Agreement and Release does not include Day to Day Imports Inc. ("DTD"), and Plaintiff's claims against DTD shall remain;

WHEREAS, the Contract ("Transaction") is described as an agreement between the parties whereby TRULY COMMERCE was to receive, warehouse, count, split, repackage, tag, label, ship/distribute goods on behalf of BOW & DRAPE ("TRANSACTION"); and

WHEREAS, no party hereto is an infant or an incompetent person for whom a committee has been appointed.

NOW, THEREFORTO, IT HEREBY IS AGREED:

1. **Release and Discharge of All Claims, Actions, Lawsuits, etc. by BOW & DRAPE**

That the undersigned BOW & DRAPE, in exchange for a payment of One Hundred Fifty Thousand Dollars ($150,000.00) (the "Settlement Amount") as set forth in the Mediation Agreement (attached as Exhibit "A") (the sufficiency and receipt of which is hereby acknowledged), does hereby release, acquit and forever discharge TRULY COMMERCE INC. and CATLIN SPECIALITY INSURANCE COMPANY, and their agents, servants, principals, members, shareholders, attorneys, officers, successors, assigns, heirs, executors, employees, subsidiaries, affiliates,

related companies, parent companies, insurance companies and administrators ("RELEASEES") from any and all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, nuisances, damages, extents, executions, claims, and demands whatsoever, in law, or equity, which BOW & DRAPE has, may have or could have had against RELEASEES, ever had, now have or hereafter can, shall or may have, asserted or that could have been asserted by BOW & DRAPE against RELEASEES, including, but not limited to, any and all contractual claims, Uniform Commercial Code claims, claims to recover attorneys' fees, tort claims, negligence claims, unjust enrichment claims and all other claims whether known or unknown, asserted or that could have been asserted, fixed or contingent, from the beginning of the world to and including the date of this Release only with respect to the Action, the subject matter set forth in BOW & DRAPE'S complaint in this Action and the Transaction(s) (The "Release").  The releases set forth in this Agreement are irrevocable and unconditional.

For clarification, Releasees do not include DTD, or any of its agents, servants, principals, members, shareholders, attorneys, officers, successors, assigns, heirs, executors, employees, subsidiaries, affiliates, related companies, parent companies, insurance companies and administrators.

Payment of the Settlement Amount (once cleared) shall constitute a release and full satisfaction of the subject action as against Truly Commerce only.

CATLIN SPECIALITY INSURANCE COMPANY shall pay the settlement sum as follows: $150,000.00, ("Settlement Sum") payable to BOW & DRAPE, INC. and Robinson + Cole as attorneys, and sent to the following address: 666 Third Avenue, 20th Floor, New York, NY 10017 within 30 days of receipt of the fully executed Settlement Agreement and Release and fully executed Stipulation of Dismissal.  Payment will be made within 30 days of receipt of executed Settlement Agreement and Release.

Bow & Drape expressly represents and warrants that they have not assigned or transferred any of the claims released under this Agreement, or any portion of or interest in any such claims, to any other individual, person, firm, or other entity of any kind whatsoever.

It is understood and agreed that this settlement is a compromise of this Action and that the payment of the Settlement Amount made is not to be construed as an admission of liability on the part of the RELEASEES.

No other promises, inducements or agreements not herein expressed herein have been made, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

Should CATLIN SPECIALITY INSURANCE COMPANY fail to deliver the Settlement Amount within (30) days of execution of the Agreement or if CATLIN SPECIALITY INSURANCE COMPANY's check is dishonored by any banking institution, counsel for BOW & DRAPE shall serve TRULY COMMERCE/TRULY COMMERCE's counsel with a (7) day notice to cure by email to the addresses set forth in the Notice section below.

2. **Stipulation of Dismissal**

BOW & DRAPE, by and though its counsel will deliver the executed Stipulation of Dismissal (attached hereto as Exhibit "B") together with the executed Settlement Agreement and Release to counsel for TRULY COMMERCE who will hold it in escrow until the check for the Settlement Amount has cleared. Counsel for BOW & DRAPE will send an email to Counsel for TRULY COMMERCE once the Settlement Amount has cleared. Then, TRULY COMMERCE, by and through its counsel, will file the Stipulation of Dismissal with the United States District Court for the Eastern District of New York (7) days after clearance of the Settlement Amount.

3. **Non Disclosure**

The Settlement Agreement and General Release, and any information relating to this Agreement, including the monetary amount of the settlement, or the Action involved in arriving at this Agreement are confidential and shall not be disclosed. The any information of an unpublished, confidential, or proprietary nature obtained leading up to or after this Agreement, for any subsequent purpose will not be used or disclosed after the execution of this Agreement.

The terms, conditions and existence of this Agreement shall be confidential, and that none of the information shall be disclosed to any other persons without the prior written consent of the other Parties to this Agreement, unless such disclosure is required by operation of law or for the enforcement of the provisions of this Agreement.

4. **Entire Agreement and Successors in Interest**

This Agreement contains the entire agreement between BOW & DRAPE and TRULY COMMERCE with regard to the matters set forth herein and shall be binding upon and inure to the benefit of their respective agents, servants, principals, members, shareholders, attorneys, officers, successors, assigns, heirs, executors, employees,

subsidiaries, affiliates, related companies, parent companies, insurance companies, administrators, executors, personal representatives, heirs, successors and assigns of each, except as otherwise provided herein.

5.  **Governing Law**

This Agreement shall be construed and interpreted in accordance with the laws of the State of New York; and the United States District Court for the Eastern District of New York shall retain jurisdiction over any dispute arising out of, relating to, or concerning this Agreement.

6.  **Effectiveness**

This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and will become effective and binding upon the Parties when all the signatories hereto have signed a counterpart of this Agreement. All counterparts so executed shall constitute one Agreement binding on all Parties hereto, notwithstanding that not all of the Parties are signatories to the same counterpart.

7.  **Severability**

Should any one portion of this Agreement be found unenforceable for any reason by a court of competent jurisdiction, such failure of one clause will not vitiate the entire Agreement and all other terms and conditions of this Agreement shall remain in full force and effect.

8.  **Construction and Interpretation**

This Agreement or any uncertainty or ambiguity therein shall not be construed against any one Party or several Parties but shall be construed as if all Parties to this Agreement jointly prepared this Agreement. The Parties acknowledge and agree that this Agreement and its provisions shall be construed according to their common or ordinary meaning and without interpretive favor or prejudice to any Party. None of the Parties shall be considered the drafter of this Agreement or any provision of the Agreement for the purpose of any statute, case law or rule of interpretation or construction that would or might cause any provision to be construed against the drafter thereof.

The Agreement and the Release are the result of arm's length negotiations among the Parties and their attorneys and that the Parties and their attorneys have contributed substantially and materially to the preparation of this Agreement.

9.    **Notices**

All notices required under this Agreement shall be sent to the following parties, vie email:

Jennifer L. Budner, Esq.
PILLINGER MILLER TARALLO, LLP
Attorneys for Defendant
Truly Commerce, Inc.
555 Taxter Road, 5th Floor
Elmsford, New York 10523
(914) 703-6300
Email: jbudner@pmtlawfirm.co,
Our File No.  XL-00821/JLB

Gregory Lahr, Esq.
ROBINSON + COLE, ESQS.
Attorney for Plaintiff
Bow and Drape, Inc.
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
(212) 451-2933
Email: Glahr@rc.com

10.  **Complete Agreement**

It is further agreed, declared and represented that no promise, inducement, representation or agreement not herein expressed has been made to any party or caused them to enter this Settlement Agreement and General Release. This Agreement contains the entire agreement between the parties and the terms of this Agreement are contractual and not a mere recital. This is a fully integrated agreement. It may not be altered or modified by oral agreement or representation or otherwise except by a writing of subsequent date hereto signed by all parties in interest at the time of the alteration or modification.

Bow & Drape has relied solely upon the legal advice of his/her/its attorneys and that the terms of this Agreement are fully understood and voluntarily accepted by him/her/it.  Bow & Drape represents and warrants to the signatory below is duly authorized and empowered to execute, deliver and perform this Agreement and acknowledge that it has been provided with the opportunity to discuss and review the terms of this Agreement with its attorneys before signing it and that they are freely and voluntarily signing this document in exchange for the benefits provided herein.

It is expressly understood and agreed that by executing this Agreement the signatory represents and acknowledges that he/she has express authorization to bind BOW & DRAPE and that BOW & DRAPE which has been made aware of the terms of this Agreement and has acknowledged and agreed to be bound by same.

IN WITNESS WHEREOF, Bow & Drape hereunto set their hand and seal on the 10 day of October , 2019.

IN PRESENCE OF

Aubrie Pagano
_____
BOW & DRAPE, INC.
(Print Name)

_____
BOW & DRAPE, INC.
(Signature)

STATE OF NEW YORK

COUNTY OF New York

On this 10th day of October , 2019, before me, Aubrie Pagano personally appeared and known to me to be the same person described in and who executed the within Instrument and he/she duly acknowledged to me that he/she has executed same.

_____
NOTARY PUBLIC

J. GREGORY LAHR
Notary Public, State of New York
No. 02LA6154231
Qualified in New York County
Commission Expires October 30
January 10, 2023

# EXHIBIT C

UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NEW YORK
--------------------------------------X
BOW & DRAPE, INC.,

- against -

TRULY COMMERCE INC. and DAY TO DAY
IMPORTS INC.,
--------------------------------------X

**STIPULATION OF
DISMISSAL**

Index No.
1:18-cv-05066-NG-SJB

IT IS HEREBY STIPULATED AND AGREED, by and between the
attorneys for the respective parties to the above-captioned
matter that, whereas no party hereto is an infant or incompetent
person for whom a committee has been appointed and no person not
a party has an interest in the subject matter of the action
herein, **the above-entitled action be and the same is hereby
dismissed**, with prejudice and without costs to any party as
against another. This stipulation may be filed without further
notice with the Clerk of the Court.

Dated:    Elmsford, New York
          September 4, 2019

_____
PILLINGER MILLER TARALLO, LLP
Attorneys for Defendant
Truly Commerce, Inc.
555 Taxter Road, 5th Floor
Elmsford, NY 10523
(914) 703-6300
PMT File No.  XL-00821/JLB

_____
ROBINSON & COLE
Attorney for Plaintiff
Bow & Drape, Inc.
Chrysler East Building
666 Third Avenue
20th Floor
New York, NY 10017
(212) 451-2933

**Jennifer L. Budner**

| | |
|---|---|
| **From:** | Lahr, Gregory <GLahr@rc.com> |
| **Sent:** | Thursday, October 10, 2019 12:25 PM |
| **To:** | Katlyn Emerick |
| **Cc:** | Jennifer L. Budner |
| **Subject:** | RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss:  ; Our Matter ID: XL-00821 |

Can you please sign on my behalf, thanks.

**J. Gregory Lahr**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY  10017
Direct 212.451.2933 | Fax 212.451.2999
glahr@rc.com | www.rc.com

---------------------------------------------------------
**Robinson+Cole**
Boston  |  Hartford  |  New York  |  Providence  |  Miami  |  Stamford
Los Angeles  |  Wilmington  |  Philadelphia  |  Albany  |  New London

**From:** Katlyn Emerick <kemerick@pmtlawfirm.com>
**Sent:** Thursday, October 10, 2019 12:24 PM
**To:** Lahr, Gregory <GLahr@rc.com>
**Cc:** Jennifer L. Budner <jbudner@pmtlawfirm.com>
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821

Please send us the signed Stipulation of Dismissal  (attached as Exhibit "B")

---

**From:** Lahr, Gregory [mailto:GLahr@rc.com]
**Sent:** Thursday, October 10, 2019 12:18 PM
**To:** Katlyn Emerick
**Cc:** Jennifer L. Budner
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821

Hi Katlyn, please see attached.

Thanks,
Greg

**J. Gregory Lahr**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY  10017
Direct 212.451.2933 | Fax 212.451.2999
glahr@rc.com | www.rc.com

1

**Robinson+Cole**

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

**From:** Katlyn Emerick <kemerick@pmtlawfirm.com>
**Sent:** Friday, October 4, 2019 3:21 PM
**To:** Lahr, Gregory <GLahr@rc.com>
**Cc:** Jennifer L. Budner <jbudner@pmtlawfirm.com>
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821
**Importance:** High

Thanks Greg –

Attached is the Release with your changes.  The Stipulation of Dismissal is contained therein as an Exhibit.  Please have your client sign/execute the Release before a Notary Public and return same to our office with the executed Stipulation of Dismissal and your firm's W9.

I believe there is an order that we have to file the Stipulation of Dismissal by 10/9/19.

Regards,

*Katlyn Emerick*

Paralegal
**Pillinger Miller Tarallo, LLP**



555 Taxter Road, Ste 5
Elmsford, NY 10523
P:  (914) 703-6300 x. 1271
F:  (914) 703-6688
E:  kemerick@pmtlawfirm.com
    www.pmtlawfirm.com

**Westchester  -  New York City  -  Garden City  -  Syracuse  -  New Jersey  -  Philadelphia  -  Connecticut**

Please Note:  The information contained in this email message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this communication having been sent by email. If the person receiving this communication or any other reader of the communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by the telephone number above.  Thank you for your cooperation.

**From:** Lahr, Gregory [mailto:GLahr@rc.com]
**Sent:** Wednesday, October 02, 2019 5:46 PM
**To:** Katlyn Emerick
**Cc:** Jennifer L. Budner
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821

Hi Katlyn, please see revised draft, redlined.

Thanks,
Greg


**J. Gregory Lahr**

Robinson & Cole LLP
Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2933 | Fax 212.451.2999
glahr@rc.com | www.rc.com

## Robinson+Cole

Boston | Hartford | New York | Providence | Miami | Stamford
Los Angeles | Wilmington | Philadelphia | Albany | New London

**From:** Katlyn Emerick <kemerick@pmtlawfirm.com>
**Sent:** Wednesday, September 18, 2019 1:02 PM
**To:** Lahr, Gregory <GLahr@rc.com>
**Cc:** Jennifer L. Budner <jbudner@pmtlawfirm.com>
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821

See attached release in WORD. Assuming you want to make a few revisions, please RED LINE all revisions so we can easily compare.

Thanks!

*Katlyn Emerick*
Paralegal
**Pillinger Miller Tarallo, LLP**

 PILLINGER
MILLER
TARALLO

555 Taxter Road, Ste 5
Elmsford, NY 10523
P: (914) 703-6300 x. 1271
F: (914) 703-6688
E: kemerick@pmtlawfirm.com
www.pmtlawfirm.com

**Westchester  -  New York City  -  Garden City  -  Syracuse  -  New Jersey  -  Philadelphia  -  Connecticut**

Please Note:  The information contained in this email message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this communication having been sent by email. If the person receiving this communication or any other reader of the communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by the telephone number above.  Thank you for your cooperation.

**From:** Lahr, Gregory [mailto:GLahr@rc.com]
**Sent:** Wednesday, September 18, 2019 12:54 PM
**To:** Katlyn Emerick
**Cc:** Jennifer L. Budner
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821

Thank you Katlyn, can you please send a word doc.

---

**From:** Katlyn Emerick [mailto:kemerick@pmtlawfirm.com]
**Sent:** Wednesday, September 18, 2019 12:49 PM
**To:** Lahr, Gregory
**Cc:** Jennifer L. Budner
**Subject:** RE: Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821
**Importance:** High

Mr. Lahr –

Please see the attached Settlement Agreement and Release  (Stipulation of Dismissal is contained therein as an Exhibit).  Please have your client sign/execute the Release before a Notary Public and return same to our office with the executed Stipulation of Dismissal and your firm's W9.

Thank you for your attention to this matter and if you should have any questions, please do not hesitate to contact the undersigned.

Best Regards,

*Katlyn Emerick*

Paralegal
**Pillinger Miller Tarallo, LLP**



555 Taxter Road, Ste 5
Elmsford, NY 10523
P:  (914) 703-6300 x. 1271
F:  (914) 703-6688
E:  kemerick@pmtlawfirm.com
www.pmtlawfirm.com

**Westchester  -  New York City  -  Garden City  -  Syracuse  -  New Jersey  -  Philadelphia  -  Connecticut**

Please Note:  The information contained in this email message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this communication having been sent by email. If the person receiving this communication or any other reader of the communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by the telephone number above.  Thank you for your cooperation.

4

**From:** Jennifer L. Budner
**Sent:** Wednesday, September 11, 2019 7:32 PM
**To:** Lahr, Gregory
**Cc:** Katlyn Emerick
**Subject:** Bow & Drape, Inc. v. Truly Commerce Inc. and Day to Day Imports Inc. ; Your Claim No: 100-00-007747 ; Insured: Truly Commerce Inc. ; Date of Loss: ; Our Matter ID: XL-00821

Hi Greg,

I almost finished with the draft of the release and stipulation of dismissal.  Hope to send you a draft by tomorrow end of day.

Best,


Jennifer L. Budner
Partner
**Pillinger Miller Tarallo, LLP**





555 Taxter Road, 5th Floor
Elmsford, NY 10523
P: (914) 703-6300 x 1262
F: (914) 703-6688
E: jbudner@pmtlawfirm.com
    www.pmtlawfirm.com


**Westchester - New York City - Garden City - Syracuse - New Jersey - Philadelphia - Connecticut – Walnut Creek**

Please Note:  The information contained in this email message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this communication having been sent by email. If the person receiving this communication or any other reader of the communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by the telephone number above.  Thank you for your cooperation.


This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.

# EXHIBIT D

## Jennifer L. Budner

| | |
|---|---|
| **From:** | Baruch Gottesman <baruch.gottesman@gmail.com> |
| **Sent:** | Wednesday, October 30, 2019 12:21 PM |
| **To:** | Jennifer L. Budner |
| **Cc:** | glahr@rc.com |
| **Subject:** | Re: Request to Adjourn November 15, 2019 Settlement Conference in Bow & Drape v. Truly Commerce |

Yes - you can sign the stip for me.

As always, please feel free to be in touch with me further if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman

Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366

----------------------------------------------------------------
This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

On Wed, Oct 30, 2019 at 12:12 PM Jennifer L. Budner <jbudner@pmtlawfirm.com> wrote:

Baruch,

I have no objection as long as you respond to my various emails inquiring as to whether you will sign the stipulation of dismissal, dismissing the cross claims against TC. As you know plaintiff's claims against TC have been resolved via settlement. We have a signed release and will be issuing a check shortly. I need a response one way or another so we can file the stipulation of dismissal.

Thanks,

1

Jennifer L. Budner

Partner

**Pillinger Miller Tarallo, LLP**



555 Taxter Road, 5th Floor

Elmsford, NY 10523

P: (914) 703-6300 x 1262

F: (914) 703-6688

E: jbudner@pmtlawfirm.com

www.pmtlawfirm.com

**Westchester - New York City - Garden City - Syracuse - New Jersey - Philadelphia - Connecticut – Walnut Creek**

Please Note:  The information contained in this email message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this communication having been sent by email. If the person receiving this communication or any other reader of the communication is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by the telephone number above.  Thank you for your cooperation.

**From:** Baruch Gottesman [mailto:baruch.gottesman@gmail.com]
**Sent:** Wednesday, October 30, 2019 11:33 AM
**To:** glahr@rc.com; Jennifer L. Budner
**Subject:** Request to Adjourn November 15, 2019 Settlement Conference in Bow & Drape v. Truly Commerce

unsel:

This morning I received the rescheduling of the November 14, 2019 settlement conference, which has been scheduled to November 15, 2019 at 4:30 PM.  Myself (and my client) are Sabbath-observant and Sundown at evening is 4:38.   Do you object to my client filing a request to recess the settlement conference a week until the 20th (or some other time the next week that works for the Judge)?

Please let me know one way or the other - thanks!

As always, please feel free to be in touch with me further if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman

Baruch S. Gottesman, Esq.
185-12 Union Turnpike
Fresh Meadows, NY 11366

-----------------------------------------------------------------------------
This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named.  Any use, distribution, copying or disclosure to another person is strictly prohibited.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply e-mail.
-----------------------------------------------------------------------------
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NEW YORK
--------------------------------------X

BOW & DRAPE, INC.,

    - against -

TRULY COMMERCE INC. and DAY TO DAY
IMPORTS INC.,
--------------------------------------X

**STIPULATION OF
DISMISSAL AS TO
DEFENDANT TRULY
COMMERCE INC. ONLY**

Index No.
1:18-cv-05066-NG-SJB

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties to the above-captioned matter that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action herein, **the above-entitled action be and the same is hereby dismissed as to Defendant TRULY COMMERCE INC. only**, with prejudice and without costs to any party as against another.

    **IT IS FURTHER STIPULATED AND AGREED** that all cross-claims asserted by or against TRULY COMMERCE INC. and DAY TO DAY IMPORTS INC., whether now pending or to be brought in the future, derived from the subject matter of this litigation, are hereby discontinued with prejudice and/or waived.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    Elmsford, New York
           September 4, 2019

PILLINGER MILLER TARALLO, LLP
Attorneys for Defendant
Truly Commerce, Inc.
555 Taxter Road, 5th Floor
Elmsford, NY 10523
(914) 703-6300
PMT File No.  XL-00821/JLB

ROBINSON + COLE
Attorney for Plaintiff
Bow & Drape, Inc.
Chrysler East Building
666 Third Avenue
20th Floor
New York, NY 10017
(212) 451-2933

Baruch Simcha Gottesman
Attorney for Defendant
Day Imports Inc.
185-12 Union Turnpike
Fresh Meadows, NY 11366
(718) 454-4422

XL-00821/1452040/